IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHIWEN CHEN ) | Civil Action No.  2:25-cv-01815 |
| ) | |
| vs. ) | or |
| SCHEDULE A DEFENDANTS ) | |
| ) | Criminal Action No. _____ |

## DISCLOSURE STATEMENT

    Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____,in the above captioned action, certifies that the following are parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public:

or

    Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for SHIWEN CHEN _____, in the above captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

| | |
|---|---|
| 11/24/2025 | /s/ Zheng "Andy" Liu |
| Date | Signature of Attorney or Litigant |