# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SHIWEN CHEN,

                      Plaintiff,

        v.

SCHEDULE A DEFENDANTS**,**

                    Defendants.

Civil Case No.: 2:25-cv-01815

FILED UNDER SEAL

## PLAINTIFF'S *EX PARTE* MOTION FOR (1) ENTRY OF TEMPORARY RESTRAINING ORDER, INCLUDING A TEMPORARY INJUNCTION AND TEMPORARY ASSET RESTRAINT, (2) EXPEDITED DISCOVERY ORDER, AND (3) ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE

Plaintiff Shiwen Chen ("Plaintiffs") respectfully requests this Court to enter: (1) an *ex parte* temporary restraining order, including a temporary injunction against Defendants enjoining the manufacture, importation, distribution, offering for sale, and sale of infringing and counterfeit products and a temporary asset restraint; (2) an expedited discovery order; and (3) an order to show cause why a preliminary injunction should not issue. The reasons for such are set forth in the concurrently filed

Memorandum of Law in Support.

    A Proposed Order is concurrently filed.


Date: November 25, 2025               Respectfully submitted,

                                       /s/ Zheng "Andy" Liu
                                       Zheng "Andy" Liu (CBN 279327)
                                       ***Aptum Law***
                                       1660 S Amphlett Blvd Suite 315
                                       San Mateo, CA 94402
                                       Email: Andy.Liu@AptumLaw.us
                                       Phone: 650-475-6289

                                       *ATTORNEY FOR PLAINTIFF*