**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF PENNSYLVANIA**

**Joseph F. Weis, Jr. U. S. Courthouse**
**700 Grant Street**
**Pittsburgh, PA 15219**
**www.pawd.uscourts.gov**

**BRANDY S. LONCHENA**
CLERK OF COURT                                              IN REPLYING GIVE NUMBER
412–208–7500                                               OF CASE AND NAMES OF PARTIES

Date: November 25, 2025

Commissioner of Patents and Trademarks
P.O. Box 1450
Alexandria, VA 22313–1450

RE:   SHIWEN CHEN vs.  SCHEDULE A DEFENDANTS
Case Number:   **2:25–CV–01815–MJH**

Dear Commissioner:

   In compliance with 35 § 290 and/or 15 U.S.C. § 1116 enclosed is a copy of the docket entries and complaint which was filed in the United States District Court for the Western District of Pennsylvania.

Sincerely,

BRANDY S. LONCHENA
CLERK OF COURT

By:  /s/ **Tiffanie L Anderson**
Deputy Clerk

Enclosures