# EXHIBIT B

## Screenshots of Plaintiff's Amazon Store





