IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHIWEN CHEN, <br><br> Plaintiff, <br><br> v. <br><br> SCHEDULE A DEFENDANTS, <br><br> Defendants. | Civil Case No.: 2:25-cv-01815 <br><br> FILED UNDER SEAL |

# **PLAINTIFF'S *EX PARTE* MOTION FOR (1) ENTRY OF TEMPORARY RESTRAINING ORDER, INCLUDING A TEMPORARY INJUNCTION AND TEMPORARY ASSET RESTRAINT, (2) EXPEDITED DISCOVERY ORDER, AND (3) ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE**

Plaintiff Shiwen Chen ("Plaintiffs") respectfully requests this Court to enter: (1) an *ex parte* temporary restraining order, including a temporary injunction against Defendants enjoining the manufacture, importation, distribution, offering for sale, and sale of infringing and counterfeit products and a temporary asset restraint; (2) an expedited discovery order; and (3) an order to show cause why a preliminary injunction should not issue. The reasons for such are set forth in the concurrently filed

1

Memorandum of Law in Support.

A Proposed Order is concurrently filed.

| | |
|---|---|
| Date: November 25, 2025 | Respectfully submitted, |
| | /s/ Zheng "Andy" Liu |
| | Zheng "Andy" Liu (CBN 279327) |
| | *Aptum Law* |
| | 1660 S Amphlett Blvd Suite 315 |
| | San Mateo, CA 94402 |
| | Email: Andy.Liu@AptumLaw.us |
| | Phone: 650-475-6289 |
| | |
| | *ATTORNEY FOR PLAINTIFF* |