IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHIWEN CHEN,<br><br>      Plaintiff,<br><br>v.<br><br>SCHEDULE A DEFENDANTS,<br><br>      Defendants. | Civil Case No.: 2:25-cv-01815 |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Under Rules 41(a)(1)(A)(i) and 41(a)(1)(B), Plaintiff hereby gives notice that this action is voluntarily dismissed without prejudice. Schedule A Defendants, the Individuals, Partnerships, and Unincorporated Associations identified in **Schedule A** has not served an answer or motion for summary judgment in this action.

Accordingly, Plaintiff's notice voluntary dismissal of this action, without prejudice.

See Fed. R. Civ. P. 41(a)(1)(B)

Date: December 22, 2025

It is so ordered this 23rd Day of December 2025.
All deadlines and hearings are canceled.

_____
Marilyn J. Horan
United States District Judge

Respectfully submitted,

/s/ Zheng "Andy" Liu
Zheng "Andy" Liu (CBN 279327)
1660 S Amphlett Blvd Suite 315
San Mateto, CA 94402
Email: Andy.Liu@AptumLaw.us

*Attorneys for Plaintiff*

1